# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

VIVEK SHAH  
Appellant,

9th Cir. Case No. 23-55799

District Court Case No. 2:23-cv-03914-GW-AGR

BLUEGROUND US, INC.,  
Appellee.

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

    a. What is the date of the judgment or order that you want this court to review? September 20, 2023

    b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: No

       - If you did, on what date did you file the motion? _____

       - For prisoners or detainees, what date did you give the motion to prison authorities for mailing? _____

       - What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? _____

    c. What date did you file your notice of appeal? September 21, 2023

       - For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? _____

**FACTS.** Include all facts that the court needs to know to decide your case.

2.   What are the facts of your case?

I was convicted of a felony over a decade ago. I was denied housing because I am a felon.

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

   Motion for Default Judgment for monetary, injunctive and declaratory relief.

4. What legal claim or claims did you raise in the district court or at the BAP?

   Violation of Cal. Code Regs. Tit. 2, § 12269(a)(5)

5. **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6. What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

    The filings show that I am a citizen of the state of California and Defendant is a citizen of the state of Delaware, and that my damages exceeded $75,000 as well the pecuniary effects on Defendant would exceed $75,000.

    The district court did not apply the "legal certainty" test. Instead, it stated that the sums stated were not made in "good faith" – even though all evidence showed that there was good faith.

    It is unclear whether the decision was based on my citizenship. If it was, the court erred because diversity was verified under the penalty of perjury in a filing prior to the district court's ruling.

    The district court's decision is clearly erroneous, and I respectfully request this Court to reverse and remand.

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: yes

    If not, why not?

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)


Pachinger v. MGM Grand Hotel–Las Vegas, Inc., 802 F.2d 362, 363–64 (9th Cir.1986) (adopting the "legal certainty" test); 14AA The Late Charles Alan Wright, et al., Federal Practice & Procedure, Jurisdiction § 3702 (4th ed.2015) *1040 (noting that this test "has become the universal test in the context of actions that originate in the federal courts").

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

　　None

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

None

| | |
|---|---|
| VIVEK SHAH | /s/ Vivek Shah |
| _____ | _____ |
| Name | Signature |
| | |
| 640 S Curson Ave #1910 | |
| Los Angeles, CA 90036 | 11/22/23 |
| | |
| Address | Date |